# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**   13−34793−KRH
**Chapter**   13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Keith Donell Pope
4600 Cinderwood Drive
Richmond, VA 23234

Latisha Cristina Pope
4600 Cinderwood Drive
Richmond, VA 23234

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
  Debtor: xxx−xx−3748         Joint Debtor: xxx−xx−8739

Employer Tax−Identification (EIN) No(s).(if any):
  Debtor: NA                  Joint Debtor: NA

## NOTICE OF DISMISSAL OF CASE

Notice is hereby given that an order was entered on February 25, 2014 dismissing the above−captioned case.

Dated:   February 25, 2014

For the Court,

William C. Redden, Clerk
United States Bankruptcy Court

[VAN015vDec2009.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 13-34793-KRH
Keith Donell Pope                                                         Chapter 13
Latisha Cristina Pope
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: alleyk           Page 1 of 2          Date Rcvd: Feb 25, 2014
                              Form ID: VAN015        Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2014.
db/jdb         #+Keith Donell Pope,    Latisha Cristina Pope,    4600 Cinderwood Drive,    Richmond, VA 23234-6069
11972486        +Advance Orthopaedics,    7858 Shrader Rd,    Henrico, VA 23294-4222
11972492        +CNAC of Richmond,    7400 Midlothian Turnpike,    Richmond, VA 23225-5419
12097464        +CNAC, LLC d/b/a J.D.Byrider,    7400 Midlothian Turnpike,    Richmond, Virginia 23225-5419
11972491        +Chesterfield County Utilities,    PO Box 26725,    Richmond, VA 23261-6725
12161456        +Cjw Medical Center,    Resurgent Capital Services,    PO Box 1927,    Greenville, SC 29602-1927
12179485       ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
                 (address filed with court: DOMINION VIRGINIA POWER,    CUSTOMER CREDIT SERVICES,    P.O. BOX 26666,
                  RICHMOND VA 23261-6666)
11972494         Debbie Simmons,    1625 Hayslette Rd,    Lexington, VA 24450-0000
12080287         ECMC,    P.O. BOX 16408,    ST. PAUL, MN 55116-0408
11972496        +Eastern Account System INC.,    Attn: Bankruptcy Dept.,    Po Box 837,    Newtown, CT 06470-0837
11972498        +Equidata,    Attn: Bankruptcy,    Po Box 6610,    Newport News, VA 23606-0610
11972500       ++FOCUSED RECOVERY SOLUTIONS,    9701 METROPOLITAN COURT,    STE B,    RICHMOND VA 23236-3690
                 (address filed with court: Focus Recovery Solutions,    Attn: Bankruptcy,
                  9701 Metropolitan Court Ste B,    Richmond VA 23236-0000)
11972502        +Henrico County,    PO Box 27032,    Richmond, VA 23261-0732
11972503        +Henrico General District Court,    4301 East Parham Rd,    Henrico, VA 23228-2745
11972504        +Main Street Homes,    15871 city View Dr,    Midlothian, VA 23113-7307
11972507        +Morning Side Apartments,    1414 Newell Rd,    Richmond, VA 23225-2604
11972510        +Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
11972511        +Planet Fitness,    10040 Robious Rd,    Richmond, VA 23235-4818
11972512        +Standard Furniture,    201 E. Belt Blvd,    Richmond, VA 23224-1205
11972513        +Tek-collect Inc,    871 Park St,    Columbus, OH 43215-1441
11972514        +Torres Crdit,    Tcs Inc.,    Po Box 189,    Carlisle, PA 17013-0189
11972515        +U S Dept Of Ed/Gsl/Atl,    Po Box 4222,    Iowa City, IA 52244
11973410        +U.S. Attorney,    600 East Main Street, Suite 1800,    Richmond, VA 23219-2430
11972517        +US Dept of Education,    Bankruptcy Dept,    PO Box 65128,    Saint Paul, MN 55165-0128
11972516        +United Collect Bur Inc,    5620 Southwyck Blvd Ste,    Toledo, OH 43614-1501
11972518        +Va Waste,    PO box 554040,    Detroit, MI 48255-4040
12167504         Wells Fargo Bank,    P.O. Box 50014,    Roanoke VA 24040-0014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11972485        +E-mail/Text: thomas.porterfield@accrev.com Feb 26 2014 02:41:05      Accelerated Revenue, Inc./ARI,
                  Po Box 2020,    Powell, OH 43065-2020
11972487        +EDI: ALLIANCEONE.COM Feb 26 2014 02:23:00      Allianceone,    1684 Woodlands Dr Ste 15,
                  Maumee, OH 43537-4093
12050189         EDI: AIS.COM Feb 26 2014 02:23:00      American InfoSource LP as agent for,    Verizon,
                  PO Box 248838,    Oklahoma City, OK 73124-8838
11972488        +EDI: CAPIO.COM Feb 26 2014 02:23:00      Capio,    2222 Texoma Pkwy Ste 150,
                  Sherman, TX 75090-2481
11972489        +EDI: CAPIO.COM Feb 26 2014 02:23:00      Capio Partners Llc,    2222 Texoma Pkwy Ste 150,
                  Sherman, TX 75090-2481
11972490        +E-mail/Text: operator@maxprofitsys.com Feb 26 2014 02:40:12      Charlottesville Bureau,
                  3690 Dobleann Dr,    Charlottesville, VA 22911-9088
11972493        +EDI: CMIGROUP.COM Feb 26 2014 02:23:00      Credit Management LP,    Attention: Bankruptcy Dept,
                  Po Box 118288,    Carrollton, TX 75011-8288
11972495        +E-mail/Text: TAMAR.GADE@DRIVETIME.COM Feb 26 2014 02:41:07      Dt Credit Co,
                  Attention: Bankruptcy Dept,    Po Box 29018,    Phoenix, AZ 85038-9018
11972497        +E-mail/Text: bknotice@erccollections.com Feb 26 2014 02:40:17      Enhanced Recovery Corp,
                  Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
11972499        +EDI: AMINFOFP.COM Feb 26 2014 02:23:00      First Premier Bank,    601 S Minnesota Ave,
                  Sioux Falls, SD 57104-4868
11972501        +E-mail/Text: bkynotice@harvardcollect.com Feb 26 2014 02:41:10      Harvard Collection,
                  Harvard Collection Services,    4839 N Elston Avenue,    Chicago, IL 60630-2589
11972505         E-mail/Text: mwicbk@gmail.com Feb 26 2014 02:39:52      Michael Wayne Investments,
                  6336 E Virginia Beach Blvd,    Norfolk, VA 23502-0000
12167503        +E-mail/Text: mwicbk@gmail.com Feb 26 2014 02:39:52      Michael Wayne Investment Co.,
                  2900 Sabre Street, Suite 75,    Virginia Beach, VA 23452-7488
11972506        +EDI: MID8.COM Feb 26 2014 02:23:00      Midland Funding,    8875 Aero Dr Ste 200,
                  San Diego, CA 92123-2255
11972508        +E-mail/Text: bankruptcydepartment@ncogroup.com Feb 26 2014 02:40:30      Nco Fin /99,
                  Po Box 15636,    Wilmington, DE 19850-5636
11972509        +E-mail/Text: mmrgbk@miramedrg.com Feb 26 2014 02:40:15      Pellettieri,    991 Oak Creek Dr,
                  Lombard, IL 60148-6408
12057961        +E-mail/Text: csidl@sbcglobal.net Feb 26 2014 02:40:54      Premier Bankcard/ Charter,
                  P.O. Box 2208,    Vacaville, CA 95696-8208
11981989         EDI: Q3G.COM Feb 26 2014 02:23:00      Quantum3 Group LLC as agent for,    Quantum3 Funding LLC,
                  PO Box 788,    Kirkland, WA 98083-0788
12184038        +E-mail/Text: ukeyes@raaems.org Feb 26 2014 02:40:03      Richmond Ambulance Authority,
                  2400 Hermitage Road,    Richmond, VA 23220-1200
11972519        +EDI: AFNIVERIZONE.COM Feb 26 2014 02:23:00      Verizon,    500 Technology Dr Ste 30,
                  Weldon Spring, MO 63304-2225

```
District/off: 0422-7           User: alleyk                  Page 2 of 2                  Date Rcvd: Feb 25, 2014
                               Form ID: VAN015               Total Noticed: 50

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
11972520      +EDI: AFNIVZWIRE.COM Feb 26 2014 02:23:00      Verizon,    Attn: Bankruptcy,    Po Box 3397,
               Bloomington, IL 61702-3397
12179090      +EDI: WFFC.COM Feb 26 2014 02:23:00      Wells Fargo Bank,    PO Box 63491 MAC A0143-042,
               San Francisco, CA 94163-0001
12178252      +EDI: WFFC.COM Feb 26 2014 02:23:00      Wells Fargo Bank,    PO Box 5058,   MAC P6053-021,
               Portland, OR 97208-5058
                                                                                              TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12173491*     Wells Fargo Bank,    P.O. Box 50014,   Roanoke VA 24040-0014
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2014                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2014 at the address(es) listed below:
              Jessica L. Fellows    on behalf of Debtor Keith Donell Pope fellows.jlCH@gmail.com,
               chadesimmons.legal@gmail.com,thedebtlawgroupmail@gmail.com,
               sherricwilmoth@gmail.com;DLGHearings@gmail.com
              Jessica L. Fellows    on behalf of Joint Debtor Latisha Cristina Pope fellows.jlCH@gmail.com,
               chadesimmons.legal@gmail.com,thedebtlawgroupmail@gmail.com,
               sherricwilmoth@gmail.com;DLGHearings@gmail.com
              Robert E. Hyman    station08@ricva.net, ecfsummary@ricva.net
                                                                                              TOTAL: 3
```